Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org

*Attorney for Petitioner Santiago Cuevas Sierra

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Santiago Cuevas Sierra,

Petitioner

v.

John Mattos, et al.,

Respondents

Case No. 2:26-cv-02415-CDS-DJA

**Order Granting Unopposed Motion for Extension of Time to File Reply**

[ECF No. 9]

## Argument

Mr. Sierra is in federal immigration custody. He filed a counseled amended petition on September 9, 2026. ECF No. 7. The government filed a response on September 23. ECF No. 8. The reply is due September 28. *See* ECF No. 3.

Counsel respectfully requests a seven (7) day extension of the deadline to file a reply. The government's response argues that Mr. Sierra declined to pursue a BIA appeal of his removal order, so the removal order is now final and he's subject to detention under 8 U.S.C. § 1231(a). On information and belief, Mr. Sierra did attempt to pursue a BIA appeal. Undersigned counsel respectfully suggests the requested seven-day extension is reasonably necessary to determine whether Mr. Sierra did, in fact, attempt to pursue a BIA appeal. Government counsel doesn't oppose this request.

## Conclusion

The Court should grant the extension request.

Dated September 28, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________
United States District Judge

Dated: September 28, 2026