Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org

*Attorney for Petitioner Santiago Cuevas Sierra

# United States District Court
# District of Nevada

| | |
|---|---|
| Santiago Cuevas Sierra,<br>Petitioner<br>v.<br>John Mattos, et al.,<br>Respondents | Case No. 2:26-cv-02415-CDS-DJA<br>**Order Granting Unopposed Motion for Extension of Time to File Reply to Response to Order to Show Cause (First Request)**<br>[ECF No. 15] |

Mr. Sierra previously filed a motion asking the Court to enforce its prior order, ECF No. 3 at 3, and order the government to show cause whether and why Mr. Sierra was moved from the district. ECF No. 11. The Court granted the motion and ordered the government to show cause. ECF No. 12. The government's response claims it lawfully deported Mr. Sierra on October 8, 2026. ECF No. 13. The Court then ordered Mr. Sierra to file a reply and indicate whether the case should remain open. ECF No. 14. The reply is currently due November 12.

Counsel respectfully requests a twenty-one (21) day extension, to and including December 3, 2026, to file the reply. Counsel would prefer to speak to Mr. Sierra personally before filing the reply but doesn't currently have contact information for Mr. Sierra or his family or friends. Thus, the requested extension is reasonably necessary to allow counsel sufficient time to arrange a conversation with Mr. Sierra. In addition, counsel will be out of the office with limited cell phone reception starting November 9, 2026, and returning November 17. Counsel therefore respectfully suggests the requested extension is appropriate. Government counsel has no objection to the request.

## CONCLUSION

The Court should grant the extension request.

Dated November 6, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

IT IS SO ORDERED:

____________________________
United States District Judge

Dated: November 9, 2026